STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
THOMAS COSTELLO, DEFENDANT-PETITIONER.

*Mr. N. Morton Rigg* and *Mr. C. Zachary Seltzer* for the
petitioner.

*Mr. Harold T. Parker* for the respondent.

June 15, 1953.   Denied.